# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142435

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DOUGLAS LATHAM,
        Plaintiff-Appellee,

v

BARTON MALOW COMPANY,
        Defendant-Appellant.

SC: 142435
COA: 290268
Oakland CC: 2004-059653-NO

_____/

On order of the Court, the application for leave to appeal the December 7, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. We note that the Court of Appeals decision places no limits on the trial court's discretion to allow the parties to conduct further discovery and/or file renewed motions for summary disposition, if appropriate.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

t0418